UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES RIVER INSURANCE CO., a foreign insurance company,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>OHANA CRISIS CENTER, INC., a Washington corporation, KYLE BACHOFNER, and LAURA BACHOFNER.<br><br>　　　　Defendants. | NO. 1:19-cv-03231-SAB<br><br>**ORDER OF DISMISSAL** |

　　　Before the Court is the Parties' Stipulated Motion to Dismiss Without Prejudice under FRCP 41(a)(1)(A)(ii), ECF No. 13. The parties stipulate and request the Court dismiss this matter without prejudice, and without costs or attorney's fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　1. The parties' Stipulated Motion to Dismiss Without Prejudice under FRCP 41(a)(1)(A)(ii), ECF No. 13, is **ACCEPTED and ENTERED into the record**.

　　　2. This matter is **DISMISSED without prejudice** and without costs or attorney's fees to any party.

**ORDER OF DISMISSAL** \* 1

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, to provide copies to counsel, and **close** this file.

**DATED** this 10th day of January 2020.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** * 2